FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 06 2015 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOHN GUGLIELMO and CRAIG WILHELMY,
on behalf of themselves, individually,
and on behalf of all others similarly-situated,

Docket No.: 2:15-cv-03117

Plaintiffs,

**STIPULATION EXTENDING
TIME TO ANSWER AND
TOLLING AGREEMENT**

-against-

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

Defendant.
-----------------------------------------------------------X

IT IS STIPULATED, by and between the undersigned counsel, that the date by which Defendant must answer, move, or otherwise respond to the Complaint is hereby extended until August 24, 2015.

It IS FURTHER STIPULATED that the statute of limitation for members of the Fair Labor Standards Act § 216(b) putative collective action is tolled from August 10th, 2015 through and including August 24, 2015.

**SO AGREED:**

| | |
|---|---|
| BORELLI & ASSOCIATES, P.L.L.C. | MORGAN, LEWIS & BOCKIUS LLP |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 655 Third Avenue, Suite 1821 | 101 Park Avenue |
| New York, New York 10017 | New York, New York 10178 |
| Date: 8/5/2015 | Date: 8/5/2015 |
| BY: _____ | BY: _____ /DK |
| Michael R. Minkoff, Esq. | Christopher A. Parlo, Esq. |

So ordered.

s/ Arthur D. Spatt

Arthur D. Spatt, USDJ
8/6/15