Law Offices
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, New York  10178
(212) 309-6000
Attorneys for Defendant

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
JOHN GUGLIELMO and CRAIG WILHELMY.
on behalf of themselves, individually,
and on behalf of all others similarly situated,

         Plaintiffs,

         v.                                      15-CV-3117 (ADS)

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

         Defendant.
------------------------------------------------------------------------x

### DEFENDANT'S NOTICE OF MOTION TO COMPEL ARBITRATION AND TO STRIKE OR MODIFY CLASS DEFINITION

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law in Support of It's Motion to Compel Arbitration, the Declaration of Laurie Lambert-Gaffney, together with Exhibits appended thereto, and upon all papers and proceedings herein, Defendant The Cheesecake Factory Restaurants, Inc. ("Defendant") will move this Court for an Order: (1) pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq. to compel the arbitration of the claims of Plaintiffs John Guglielmo and Craig Wilhelmy; (2) an order granting Defendant's Motion to Strike of Modify Class Definition; (3) awarding to Defendant all costs and disbursements, including attorneys' fees incurred in connection with this motion; and (4) granting to Defendant such other and further relief as the Court may deem just and proper.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 8, 2015<br>New York, New York | MORGAN, LEWIS & BOCKIUS LLP |
|  | By: /s/ Christopher A. Parlo<br>    Sam S. Shaulson<br>    Christopher A. Parlo<br>    Leni D. Battaglia<br><br>    101 Park Avenue<br>    New York, NY 10178<br>    Tel.: (212) 309-6000<br>    Fax: (212) 309-6001<br><br>    *Attorneys for Defendant* |

DB1/64852427.2

## CERTIFICATE OF SERVICE

    I, Christopher A. Parlo, hereby certify that on this 8th day of September, 2015, a true and correct copy of Defendant's Notice of Motion, Memorandum of Law in Support of Motion to Compel and Declaration of Laurie Lambert-Gaffney and accompanying exhibits was served via CM/ECF upon all counsel of record.

/s/Christopher A. Parlo
Christopher A. Parlo