# BORRELLI & ASSOCIATES
## P.L.L.C.
www.employmentlawyernewyork.com

| 655 Third Avenue | 1010 Northern Boulevard |
| --- | --- |
| Suite 1821 | Suite 328 |
| New York, NY 10017 | Great Neck, NY 11021 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

September 14, 2015

<u>Via Electronic Case Filing</u>
The Honorable Arthur D. Spatt
United States District Judge for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Guglielmo, et al, v. The Cheesecake Factory Restaurants, Inc.*
            <u>Docket No.: 15-cv-03117(ADS)(AYS)</u>

Dear Judge Spatt:

    We submit this correspondence to advise that Michael R. Minkoff is no longer employed with our Firm. We respectfully request that you remove him from the docket on *Guglielmo, et al, v. The Cheesecake Factory Restaurants, Inc.*

    Should you have any questions or concerns, please contact the undersigned.

                                                   Respectfully,

                                                   Michael J. Borrelli, Esq.
                                                    *For the Firm*

MJB:ic