| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: ANNE Y. SHIELDS <br>          U.S. MAGISTRATE JUDGE | DATE: 11/16/2016 <br> TIME: 2:00 PM |

CASE:  **CV 15-3117 (ADS) (AYS)** Guglielmo v.The Cheesecake Factory

TYPE OF CONFERENCE: TELEPHONE

APPEARANCES:   Plaintiff      Michael Minkoff
                              Russell Edwards

               Defendant      Christopher Parlo
                              Leni Battaglia

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending:  By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement.  These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X   Other: **Rulings by the Court:**

    Plaintiffs' motion found at Docket Entry [52], seeking permission to send reminder notices to putative plaintiffs who have chosen not to respond is DENIED.


                                         SO ORDERED

                                          /s/ Anne Y. Shields
                                         ANNE Y. SHIELDS
                                         United States Magistrate Judge