UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
JOHN GUGLIELMO and CRAIG WILHELMY,
on behalf of themselves, individually,
and on behalf of all others similarly-situated,

    Docket No.:
    2:15-cv-03117-ADS-AYS

                Plaintiffs,

-against-

THE CHEESECAKE FACTORY RESTAURANTS, INC.,

                Defendant.
-------------------------------------------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO OPT-IN PLAINTIFF JESSICA GANGE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the respective parties hereto, that opt-in Plaintiff Jessica Gange, who filed a consent to join form on November 16, 2016, is hereby dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party responsible for its own costs and fees.

**SO AGREED:**

| | |
|---|---|
| BORRELLI & ASSOCIATES, P.L.L.C. | MORGAN, LEWIS & BOCKIUS LLP |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |
| 655 Third Avenue, Suite 1821 | 101 Park Avenue |
| New York, New York 10017 | New York, New York 100178 |
| | |
| Date: June 29, 2017 | Date: 6/29/17 |
| | |
| BY: _____ | BY: _____ |
| Michael R. Minkoff, Esq. | Leni D. Battaglia, Esq. |

**SO ORDERED**

Central Islip, New York

_____, 2017

                                                       _____
                                                       The Honorable Arthur D. Spatt, U.S.D.J.