# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

May 16, 2019

<u>Via ECF</u>
The Honorable Anne Y. Shields
United States Magistrate Judge for the
Eastern District of New York
100 Federal Plaza, Court Room 830
Central Islip, New York 11722

   Re: *Guglielmo, et al. v. The Cheesecake Factory Restaurants, Inc.*
     <u>Docket No. 15-CV-03117 (ADS)(AYS)</u>

Dear Judge Shields:

  We represent the Plaintiffs in this wage and hour collective action arising under the Fair Labor Standards Act and New York Labor Law. We write, jointly on behalf of all parties, to respond to the Court's May 16, 2019 Status Report Order. The parties are pleased to report that after over a year of negotiating the terms of a potential settlement, we have reached an agreement in principle to resolve this matter on behalf of all opt-in plaintiffs who participated in discovery as required by the Court. The parties have undertaken several rounds of revisions of the settlement documents over the last five plus months. We expect to soon submit these materials to Court along with a letter motion for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). We expect to file the settlement approval papers within the next thirty days. We greatly appreciate the Court's patience in allowing the parties to work together to resolve this matter. Should the Court require any further information or updates prior to submitting the settlement materials, we would be happy to respond to any questions or instructions.

              Respectfully submitted,

              Michael R. Minkoff, Esq.
              *For the Firm*

Copies to:  All counsel (via ECF)